UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No: 18-43012
Chapter 13
Hon: Shefferly

Dorene Holden,
                Debtor(s).
_____/
Credit Union One,
                Plaintiff,
v.                                    Adv Proc. No. 18- 04183

Dorene Holden,
                Defendant.      /
_____/

## STIPULATED CONSENT JUDGMENT

IT IS ORDERED between the parties in resolution of the Plaintiff's Adversary Complaint that;

IT IS ORDERED that the debt of Defendant, Dorene Holden, to Credit Union One shall be non-dischargeable in the amount of $2,390.14 pursuant to 11 U.S.C. 523(A)(4)(A) and 11 U.S.C. (A)(4)(6).

IT IS FURTHER ORDERED that the debt shall be paid as a Class 8 Special Unsecured Claim in the Chapter 13 Plan.

IT IS FURTHER ORDERED that any remaining of the portion of the debt not paid within the Chapter 13 Plan shall be non-dischargable.

Date: June 5, 2018

| /s/ Christopher Frank | /s/ Erin Kramer |
|---|---|
| Christopher E. Frank—P67169 | Erin Kramer P75942 |
| Leduc Frank | 25140 Lahser Rd |
| PO Box 2191 | Suite 252B |
| Royal Oak, MI 48068 | Southfield, MI 48033 |
| 248-268-2224 | |
| chrisf@leducfrank.com | |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

                                      Case No: 18-43012
                                      Chapter 13
                                      Hon: Shefferly

Dorene Holden,
              Debtor(s).
_____/
Credit Union One,
              Plaintiff,
v.                                    Adv Proc. No. 18- 04183

Dorene Holden,
              Defendant.
_____/

## CONSENT JUDGMENT

      IT IS ORDERED between the parties in resolution of the Plaintiff's Adversary Complaint that;

IT IS ORDERED that the debt of Defendant, Dorene Holden, to Credit Union One shall be non-dischargeable in the amount of $2,390.14 pursuant to 11 U.S.C. 523(A)(4)(A) and 11 U.S.C. (A)(4)(6).

IT IS FURTHER ORDERED that the debt shall be paid as a Class 8 Special Unsecured Claim in the Chapter 13 Plan.

IT IS FURTHER ORDERED that any remaining of the portion of the debt not paid within the Chapter 13 Plan shall be non-dischargable.

Exhibit A