UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No: 18-43012
Chapter 13
Hon. Phillip Shefferly

Dorene Holden,
         Debtor(s).
_____/

Credit Union One,
         Plaintiff,

v.                                       Adv Proc. No. 18- 04183

Dorene Holden,
         Defendant.
_____/

## **CONSENT JUDGMENT**

THIS MATTER having come before this Court upon agreement between the parties, Dorene Holden and Credit Union One, that a Consent Judgment shall be entered as follows:

IT IS ORDERED that the debt of Defendant, Dorene Holden, to Credit Union One shall be non-dischargeable in the amount of $2,390.14 pursuant to 11 U.S.C. 523(A)(4)(A) and 11 U.S.C. (A)(4)(6).

IT IS FURTHER ORDERED that the debt shall be paid as a Class 8 Special Unsecured Claim in the Chapter 13 Plan.

IT IS FURTHER ORDERED that any remaining of the portion of the debt not paid within the Chapter 13 Plan shall be non-dischargable.

**Signed on June 05, 2018**



/s/ Phillip J. Shefferly

**Phillip J. Shefferly**
**United States Bankruptcy Judge**